IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWUD HARRIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-693** |
| | : | |
| **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY/ AMERICAN EDUCATION SERVICES** | : | |

## ORDER

**AND NOW**, this 24th day of June 2016, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 6), Plaintiff's response (ECF Doc. No. 11), Defendant's reply (ECF Doc. No. 13) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to Dismiss is **GRANTED** and the Amended Complaint is **DISMISSED with prejudice** as the facts he pled under §§ 1681a or 1681s-2 of the Fair Credit Reporting Act require claims against a consumer reporting agency and not a data furnisher such as Defendant and any further amendment to his plead facts would be futile as, as plead, the Defendant is a data furnisher not liable to Plaintiff even under § 1681s-2.

_____
KEARNEY, J.